

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PHILLIP MARCUS BOLDING, | § | No. 08-23-00222- CR |
| Appellant, | § | Appeal from the |
| v. | § | 109th Judicial District Court |
| THE STATE OF TEXAS, | § | of Andrews County, Texas |
| Appellee. | § | (TC# 7467) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JUNE 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.
Soto, J., concurring without opinion.